1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>DUKEL JOSEPH (1),<br> *aka Joseph Dukel*,<br><br><br>              Defendant. | Case No. 22-CR-0668-BAS<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss without prejudice.  Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Indictment against Dukel Joseph.

Defendant is on bond and the bond shall be exonerated. Counsel must prepare an order to disburse funds or release collateral.

**IT IS SO ORDERED.**

Dated:   July 22, 2022

Cynthia  Bashant
United States District Judge